No. 91–403. BROWN v. CURATORS OF THE UNIVERSITY OF MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied. ■■■ ▬▬▬▬▬

No. 91–405. CITY OF JERSEY CITY ET AL. v. REDFIELD. C. A. 3d Cir. Certiorari denied. ▬▬▬▬▬

No. 91–407. SCHOONOVER v. KLAMATH COUNTY, OREGON. Ct. App. Ore. Certiorari denied. ▬▬▬▬▬

No. 91–408. ANDERSON v. UNITED TELEPHONE COMPANY OF KANSAS. C. A. 10th Cir. Certiorari denied. ▬▬▬▬▬

No. 91–409. NAVARRO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▬▬▬▬▬

No. 91–412. ROSENBAUM v. ROSENBAUM. App. Ct. Ill., 1st Dist. Certiorari denied. ▬▬▬▬▬

No. 91–417. QUIROGA v. HASBRO, INC., ET AL. C. A. 3d Cir. Certiorari denied. ▬▬▬▬▬

No. 91–418. AEROVIAS NACIONALES DE COLOMBIA, S. A., ET AL. v. CALDERON, PERSONAL REPRESENTATIVE OF THE ESTATE OF CALDERON, DECEASED, ET AL. C. A. 11th Cir. Certiorari denied. ▬▬▬▬▬

No. 91–419. SOMMER, AN INFANT, BY SOMMER, HIS MOTHER v. BENNETT, INDIVIDUALLY, AND GUARDIAN AD LITEM FOR SOMMER, ET AL. C. A. 2d Cir. Certiorari denied. ▬▬▬▬▬

No. 91–421. HANFT v. CAMAR REALTY CORP. Ct. App. N. Y. Certiorari denied. ▬▬▬▬▬

No. 91–422. IN RE HODGE. Ct. App. N. Y. Certiorari denied.

No. 91–425. O'QUINN ET AL. v. RYALS, INDIVIDUALLY, AND DBA RYALS RENTALS, ET AL. Sup. Ct. Miss. Certiorari denied. ▬▬▬▬▬